IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20CV0702-DSC

| | |
|---|---|
| SAMANTHA G. HIGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| YOUNG & POLITE-YOUNG, DDS, P.A., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 30th day of April, 2021.

**For Plaintiff Samantha G. High:**

*/s/ Jenny L. Sharpe*
Jenny L. Sharpe, Esq.
N.C. State Bar No. 13698
**J SHARPE, PLLC**
15720 Brixham Hill Avenue
Suite 300
Charlotte, NC 28277
Telephone: (704) 944-3272
Facsimile: (704) 944-3201
Email: sharpeattorney@gmail.com

**For Defendant:**

*/s/ Bridget A. Blinn-Spears*
Bridget A. Blinn-Spears, Esq.
N.C. State Bar No. 43636

**NEXSEN PRUET, PLLC**
4141 Parklake Ave., Ste. 200
Raleigh, North Carolina  27609
Telephone: (919) 678-7593
Facsimile: (919) 890-4547
Email: bblinn-spears@nexsenpruet.com